# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

J & J SPORTS PRODUCTIONS, INC.,

                    DEFAULT JUDGMENT IN A CIVIL CASE

        Plaintiff,

  v.                      Case Number: 2:17-cv-00677-MMD-VCF

GISELA BAUTISTA,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is hereby entered against Defendant and in favor of Plaintiff J & J Sports Productions, Inc. as follows: (a) $10,000 for Defendant's violation of § 605(e)(3)(C)(i)(II) and (b) $30,000 for Defendant's violation of § 605(e)(3)(C)(ii).

  October 30, 2019                                    DEBRA K. KEMPI
Date                                                       Clerk

                                                               /s/ L. Haywood
                                                             Deputy Clerk